UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20035-CR-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,
v.

DONALD BARTLING,
    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R
## AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 33] of the Honorable Barry L. Garber recommending that the Defendant Donald Bartling's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Bartling's plea of guilty is accepted, and Defendant Donald Bartling is adjudicated guilty as to Counts 1 and 2 of the Indictment.

DONE AND ORDERED in Miami, Florida this 27th day of June, 2012.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Judge Barry L. Garber